# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY LA,<br><br>        Plaintiffs,<br><br>  v.<br><br>FORD MOTOR CREDIT COMPANY LLC, et al.,<br><br>        Defendants. | Case No. 1:24-cv-01544-SAB<br><br>ORDER VACATING PENDING DATES AND REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENT<br><br>(ECF No. 11)<br><br>**MARCH 17, 2025 DEADLINE** |

On January 15, 2025, Plaintiff filed a notice of settlement, informing the Court that this matter has been resolved and that dispositional documents will be filed within sixty days, or no later than March 17, 2025. (ECF No. 11.)

Accordingly, pursuant to the notice, IT IS HEREBY ORDERED that:

1. All pending matters and dates in this action are VACATED; and

2. The parties shall file dispositional documents **no later than March 17, 2025**.

Any request for an extension must be supported by good cause. L.R. 160(b).

IT IS SO ORDERED.

Dated: **January 15, 2025**

STANLEY A. BOONE
United States Magistrate Judge

1