# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY LA,<br><br>          Plaintiff,<br><br>     v.<br><br>FORD MOTOR CREDIT COMPANY LLC, et al.,<br><br>          Defendants. | Case No. 1:24-cv-01544-SAB<br><br>ORDER RESETTING MARCH 27, 2025 SCHEDULING CONFERENCE<br><br>(ECF No. 12) |

On January 15, 2025, a notice of settlement was filed informing the Court that the parties have reached a settlement in this action as to Defendant U.S. Bankcorp. (ECF No.11.)  Therein, the parties represented they expected to file a stipulation for dismissal.  The Court construed the notice as a settlement of the entire action, vacated all pending matters and dates, and ordered that the parties file dispositional documents.  (ECF No. 12.)

However, following the Court's order, counsel for another defendant appeared and therefore defendants remain in this action.  (ECF No. 13.)  In light of the foregoing, the Court shall reset the scheduling conference between Plaintiff Gary La and Defendants Ford Motor Credit Company, LLC; Stellantis Financial Services, Inc.; Capital One, National Association; and Experian Information Solutions, Inc. to March 27, 2025, at 9:30 a.m. in Courtroom 9.

///

///

Accordingly, it is HEREBY ORDERED that:

1. The deadline to file dispositional documents dismissing Defendant U.S. Bankcorp remains March 17, 2025, pursuant to the Court's January 15, 2025 order (ECF No. 12). Any request for an extension of time must be supported by good cause;

2. The scheduling conference between the remaining parties is RESET for March 27, 2025, at 9:30 a.m. in Courtroom 9; and

3. A joint scheduling report is due seven (7) days before the scheduling conference (ECF No. 4, p. 2).

IT IS SO ORDERED.

Dated:   **January 16, 2025**

STANLEY A. BOONE
United States Magistrate Judge