UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY LA,<br><br>                Plaintiff,<br><br>    v.<br><br>FORD MOTOR CREDIT COMPANY LLC, et al.,<br><br>                Defendants. | Case No. 1:24-cv-01544-SAB<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO TERMINATE U.S. BANCORP AS A DEFENDANT IN THIS ACTION<br><br>(ECF No. 19) |

      On February 14, 2025, Plaintiff filed a notice of dismissal of Defendant U.S. Bancorp with prejudice. (ECF No. 19.)

      Rule 41(a) of the Federal Rules of Civil Procedure allows a party to dismiss some or all of the defendants in an action through a Rule 41(a) notice. Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997); see also Concha v. London, 62 F.3d 1493, 1506 (9th Cir. 1995) ("The plaintiff may dismiss either some or all of the defendants—or some or all of his claims—through a Rule 41(a)(1) notice."); Hells Canyon Pres. Council v. U.S. Forest Serv., 403 F.3d 683, 687 (9th Cir. 2005) (The Ninth Circuit has "only extended the rule to allow the dismissal of all claims against one defendant, so that a defendant may be dismissed from the entire action.").

///

///

///

1

Accordingly, the Clerk of the Court is DIRECTED to terminate Defendant U.S. Bancorp from this action with prejudice.

IT IS SO ORDERED.

Dated: **February 14, 2025**

STANLEY A. BOONE
United States Magistrate Judge