# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY LA, | Case No. 1:24-cv-01544-SAB |
| Plaintiff, | ORDER RE: STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT CAPITAL ONE, N.A., TO FILE ANSWER |
| v. | |
| FORD MOTOR CREDIT COMPANY LLC, et al., | (ECF No. 21) |
| Defendants. | |

Before the Court is a stipulation to extend the time in which Defendant Capital One, N.A., has to answer the complaint by seven days. (ECF No. 21.) For good cause shown, the Court hereby approves the stipulation and orders that Defendant Capital One, N.A., shall have through February 25, 2025, to answer or otherwise respond to the complaint.

IT IS SO ORDERED.

Dated:  **February 18, 2025**

STANLEY A. BOONE
United States Magistrate Judge