# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY LA,<br><br>            Plaintiff,<br><br>     v.<br><br>FORD MOTOR CREDIT COMPANY LLC., et al.,<br><br>            Defendants. | Case No. 1:24-cv-01544-KES-SAB<br><br>ORDER RE: STIPULATION TO STAY MATTER TO COMPLETE ARBITRATION AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.<br><br>(ECF No. 41) |

On July 11, 2025, Plaintiff and Defendant Experian Information Solutions, Inc. filed a stipulation to stay this action to allow for the completion of arbitration. (ECF No. 41.) The parties proffer that they have reached an agreement to submit all disputed matters in this action to binding arbitration. While the Court finds good cause to grant a stay in this action, the Court notes that the Plaintiff and Defendant Experian have given no indication when the arbitration will be completed. Therefore, the Court will order the parties to file an application for confirmation of the arbitrator's award or a status report by October 14, 2025, and at that time, the Court will consider whether to impose a recurring joint status report schedule.

/ / /

/ / /

/ / /

Accordingly, IT IS HEREBY ORDERED that:

1. The stipulation to stay this matter pending completion of arbitration between Plaintiff and Defendant Experian Information Solutions, Inc. (ECF No. 41) is GRANTED;

2. This matter is STAYED between Plaintiff and Defendant Experian Information Solutions, Inc. for them to complete arbitration; and

3. The parties shall either file an application for confirmation of the arbitrator's award, or a status report, on or before October 14, 2025.

IT IS SO ORDERED.

Dated: **July 14, 2025**

STANLEY A. BOONE
United States Magistrate Judge

2