# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY LA, <br><br>　　　　Plaintiff, <br><br>　　v. <br><br>FORD MOTOR CREDIT COMPANY LLC., et al., <br><br>　　　　Defendants. | Case No. 1:24-cv-01544-KES-SAB <br><br> ORDER REQUIRING THAT THE PARTIES FILE DISPOSITIONAL DOCUMENTS AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. <br><br>(ECF No. 43) <br><br>**SIXTY-DAY DEADLINE** |

On August 15, 2025, Plaintiff filed a notice of settlement, informing the Court that a settlement has been reached with Defendant Experian Information Solutions, Inc. and that dispositional documents will be filed within sixty days. (ECF No. 43.)

Accordingly, pursuant to the stipulation, it is HEREBY ORDERED that the parties shall file dispositional documents **no later sixty (60) days** after the date of entry of this order. Any request for an extension shall be supported by good cause. L.R. 160(b).

IT IS SO ORDERED.

Dated:　**August 15, 2025**

STANLEY A. BOONE  
United States Magistrate Judge