# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY LA,<br><br>      Plaintiff,<br><br>   v.<br><br>FORD MOTOR CREDIT COMPANY, LLC, et al.,<br><br>      Defendants. | Case No. 1:24-cv-01544-KES-SAB<br><br>ORDER REQUIRING PLAINTIFF TO FILE DISPOSITIONAL DOCUMENTS AS TO DEFENDANTS STELLANTIS FINANCIAL SERVICES, INC. AND CAPITAL ONE, NATIONAL ASSOCIATION<br><br>(ECF Nos. 45, 46)<br><br>**NOVEMBER 10, 2025 DEADLINE** |

On September 9, 2025, Plaintiff filed two notices of settlement, informing the Court that a settlement has been reached with Defendant Stellantis Financial Services, Inc. and Defendant Capital One, National Association—and that dispositional documents will be filed within sixty days. (ECF Nos. 45, 46.) Accordingly, pursuant to the notices, IT IS HEREBY ORDERED that:

1. All pending matters and dates in this action regarding Defendants Stellantis Financial Services, Inc. and Capital One, National Association are VACATED; and

2. Plaintiff shall file the relevant dispositional documents no later than November 10, 2025. Any request for an extension shall be supported by good cause. L.R. 160(b).

IT IS SO ORDERED.

Dated:   **September 10, 2025**

STANLEY A. BOONE
United States Magistrate Judge