1
2
3
4
5       **UNITED STATES DISTRICT COURT**
6       **EASTERN DISTRICT OF CALIFORNIA**
7   **GARY LA,**                          | **Case No.:** 1:24-cv-01544-KES-SAB
8
9       Plaintiff,                         | **ORDER ON STIPULATION**
                                           | **TO DISMISS DEFENDANT**
10          v.                             | **EXPERIAN INFORMATION**
                                           | **SOLUTIONS, INC. WITH**
11                                         | **PREJUDICE PURSUANT TO**
12  **FORD MOTOR CREDIT**                  | **FEDERAL RULE OF CIVIL**
    **COMPANY LLC;**                       | **PROCEDURE 41(A)**
13  **STELLANTIS FINANCIAL**
    **SERVICES, INC.; U.S.**
14  **BANCORP; CAPITAL ONE,**
    **NATIONAL ASSOCIATION;**
15  **AND, EXPERIAN**
    **INFORMATION SOLUTIONS,**
16  **INC.**
17
18          Defendants.
19
20
21
22
23
24
25
26
27
28

**CASE NO.: 1:24-cv-01544-KES-SAB**           *La v. Ford Motor Credit Company LLC, et al.*
                                    **ORDER**

Based upon the Parties' Stipulation, Doc. 48, and good cause appearing, this Court hereby orders Defendant EXPERIAN INFORMATION SOLUTIONS, INC. dismissed with prejudice.  Each party to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated:    October 14, 2025

_____

UNITED STATES DISTRICT JUDGE