# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GARY LA,** | **Case No.:** 1:24-cv-01544-KES-SAB |
| Plaintiff, | |
| v. | **ORDER ON STIPULATION TO DISMISS DEFENDANT STELLANTIS FINANCIAL SERVICES, INC. WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)** |
| **FORD MOTOR CREDIT COMPANY LLC; STELLANTIS FINANCIAL SERVICES, INC.; U.S. BANCORP; CAPITAL ONE, NATIONAL ASSOCIATION; AND, EXPERIAN INFORMATION SOLUTIONS, INC.** | |
| Defendants. | |

Based upon the Parties' Stipulation, Doc. 50, and good cause appearing, this Court hereby orders Defendant STELLANTIS FINANCIAL SERVICES, INC. dismissed with prejudice. Each party to bear their own attorneys' fees and costs.

    IT IS SO ORDERED.

Dated: October 17, 2025

_____
UNITED STATES DISTRICT JUDGE

CASE NO.: 1:24-cv-01544-KES-SAB     *La v. Ford Motor Credit Company LLC, et al.*
**ORDER**