# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY LA, | Case No. 1:24-cv-01544-KES-SAB |
| Plaintiff, | ORDER DIRECTING CLERK OF COURT ADJUST DOCKET TO REFLECT STIPULATED DISMISSAL OF DEFENDANT CAPTIAL ONE, NATIONAL ASSOCIATION |
| v. | |
| FORD MOTOR CREDIT COMPANY, LLC, et al., | |
| Defendants. | (ECF No. 52) |

On November 3, 2025, Plaintiff and Defendant Capital One, National Association filed a stipulation dismissing the claims against this Defendant with prejudice. (ECF No. 52.) In light of the stipulation, Defendant Capital One, National Association has been dismissed pursuant to the terms of the stipulation. Fed. R. Civ. P. 41(a)(1)(A)(ii); see Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997)

Accordingly, the Clerk of the Court is DIRECTED to TERMINATE Defendant Capital One, National Association on the docket to reflect the stipulated dismissal pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated:   **November 4, 2025**

_____

STANLEY A. BOONE
United States Magistrate Judge