# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY LA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FORD MOTOR CREDIT COMPANY, LLC, et al.,<br><br>　　　　Defendants. | Case No. 1:24-cv-01544-KES-SAB<br><br>ORDER REQUIRING PLAINTIFF TO FILE DISPOSITIONAL DOCUMENTS AS TO DEFENDANT FORD MOTOR CREDIT COMPANY LLC<br><br>(ECF No. 54)<br><br>**JANUARY 19, 2026 DEADLINE** |

On November 18, 2025, Plaintiff filed a notice of settlement, informing the Court that a settlement has been reached with Defendant Ford Motor Credit Company, LLC and that dispositional documents will be filed within sixty days. (ECF No. 54.)

Accordingly, pursuant to the notice, IT IS HEREBY ORDERED that:

1. All pending matters and dates in this action regarding Defendant Ford Motor Credit Company LLC are VACATED; and

2. Plaintiff shall file dispositional documents **no later than January 19, 2026**. Any request for an extension shall be supported by good cause. L.R. 160(b).

IT IS SO ORDERED.

Dated: **November 19, 2025**

　　　　　　　　　　　　　　　　　　　　　　　　
STANLEY A. BOONE
United States Magistrate Judge