# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

GARY LA,

   Plaintiff,

 v.

FORD MOTOR CREDIT COMPANY LLC,

   Defendant.

Case No. 1:24-cv-01544-KES-SAB

ORDER DIRECTING CLERK OF COURT TO CLOSE CASE AND ADJUST DOCKET TO REFLECT VOLUNTARY DISMISSAL

(ECF No. 56)

On January 12, 2026, the remaining parties[1] to this action filed a stipulation dismissing this action with prejudice.  (ECF No. 56.)  In light of the stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed pursuant to the terms of the stipulation.

Accordingly, the Clerk of the Court is HEREBY DIRECTED to CLOSE the file in this case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated: __**January 14, 2026**__

       STANLEY A. BOONE
       United States Magistrate Judge

---

[1] The Court previously terminated Defendants Stellantis Financial Services, Inc. (ECF No. 51); U.S. Bancorp (ECF No. 20); Capital One, National Association (ECF No. 53); and Experian Information Solutions, Inc. (ECF No. 49.)